IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIMON F. RANTEESI,

    Petitioner,                           No. CIV S-10-0439 GEB GGH P

    vs.

RANDY GROUNDS, et al.,

    Respondents.                      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently pending is petitioner's January 14, 2011, motion for a fee waiver for several Freedom of Information Act requests petitioner has made.

        On November 10, 2010, the court denied petitioner's various motions for discovery as petitioner sought medical information concerning certain drugs that was not relevant to the claims in his petition. Doc. 44. Petitioner has continued to seek information and now wishes the court to furnish the funds for his search.

        For the same reasons the court denied petitioner's motions for discovery, the court will deny petitioner's motions for a fee waiver.

\\\\\

\\\\\

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a fee waiver
2  (Doc. 55) is denied.
3  DATED: February 23, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
rant439.disc2