IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIMON F. RANTEESI,

    Petitioner,                    No. CIV S-10-0439 GEB GGH P

    vs.

RANDY GROUNDS, et al.,

    Respondents.           ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, is proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed motions for reconsideration and to appoint counsel. Both of these issues were addressed in the court's March 4, 2011, order (Doc. 68). Therefore, the motions are denied as duplicative.

    Accordingly, IT IS HEREBY ORDERED that petitioner's motions (Docs. 69, 70) are denied as duplicative.

DATED: March 10, 2011

                                        /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH: AB - rant439.ord3