IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIMON F. RANTEESI,

    Petitioner,           No. CIV S-10-0439 GEB GGH P

  vs.

RANDY GROUNDS, et al.,

    Respondents.        <u>ORDER</u>

_____/

On May 6, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 27, 2011, denying petitioner's motions for discovery, appointment of counsel and for an investigation into an unrelated incident. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 27, 2011, is affirmed.

Dated: May 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge